MADE JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANDRADE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> QUALITY LOAN SERVICE CORP., et al., <br><br> Defendants. | Case No. CV 10-8432-GW(SHx) <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each Party to bear its own attorney's fees and costs.

Dated: June 27, 2011

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

**[PROPOSED] ORDER TO DISMISS WITH PREJUDICE**